ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
  Social Security Administration
  160 Spear St., Suite 800
  San Francisco, CA  94105
  Telephone:  (415) 977-8962
  Facsimile:  (415) 744-0134
  Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DARNELL E. KEY, | ) No. 2:12-cv-03401-FMO |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  10/18/12                            /s/
                                    HON. FERNANDO M. OLGUIN
                                    UNITED STATES MAGISTRATE JUDGE